ETS 2010R01060

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR -5 P 3: 14

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO. L-11-406** |
| **v.** | * | |
| | * | Counts 1; 9-11: 31 U.S.C. § 5324(a)(3) |
| **JOHN B. ESNAASHARI** | * | (Structuring Currency Deposits) |
| **CAR CITY, INC., and** | * | |
| **M.G.M MANAGEMENT, INC.** | * | Counts 2-8: 31 U.S.C. § 5324(a)(1) |
| **Defendants.** | * | (Attempting to Cause a Financial |
| | * | Institution to Fail to File) |
| | * | |
| | * | Counts 12-14: 26 U.S.C. § 7206(1) |
| | * | (Making and Subscribing to a False Tax |
| | * | Return) |
| | * | |
| | * | Forfeiture: 31 U.S.C. § 5317(c) |

*******

## SUPERSEDING INDICTMENT

### COUNT 1
### (Structuring Currency Deposits)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Indictment:

1.    Defendant **JOHN B. ESNAASHARI** was the owner and operator of Defendant **CAR CITY, INC.**, an auto repair and car sale business operating at 6215 Belair Road, Baltimore, Maryland 21206.

2.    **JOHN B. ESNAASHARI** was the owner and operator of Defendant **M.G.M. MANAGEMENT, INC.**, a real estate management business with its principal office at 10502 Willow Vista Way, Cockeysville, Maryland 21030.

2010R01060

ETS 2010R01060

3.     **JOHN B. ESNAASHARI** was the owner and operator of Phoenix Sedan, Riders Inc., and Maryland Transport, Inc., all taxicab businesses operated from 6215 Belair Road, Baltimore, Maryland 21206.

4.     From at least January 2009 through at least December 2010, **CAR CITY, INC.** maintained bank accounts at Bank of America, N.A. (account number \*\*\*\*\*\*\*\*8888) and M&T Bank (account number \*\*\*\*\*\*7300).  From at least January 2009 through at least December 2010, **M.G.M. MANAGEMENT, INC.** maintained a bank account at Bank of America, N.A. (account number \*\*\*\*\*\*\*\*5708).  From at least January 2009 through at least December 2010, **JOHN B. ESNAASHARI** maintained bank accounts at Point Breeze Credit Union (\*\*\*\*\*\*\*280-2) and M&T Bank (account number \*\*\*\*\*\*6692).  **JOHN B. ESNAASHARI** was a signatory on all of the above accounts.

5.     Title 31, United States Code, Section 5313, and 31 C.F.R. §§ 103.22(b)(1) and 103.27(a) (recodified as 31 C.F.R. §§ 1010.311 and 1010.306(a) as of March 1, 2011) required that a financial institution that engages in a currency transaction involving more than $10,000 in U.S. Currency must file a report of the transaction with the Internal Revenue Service.

6.     31 C.F.R. § 103.22(c)(2) (recodified as 31 C.F.R. § 1010.313(b)) provided that multiple transactions at the same financial institution on the same day must be treated as a single transaction.  Deposits made on a weekend or holiday are treated as if received on the next business day.

7.     31 U.S.C. § 5324(a)(3) and 31 C.F.R. § 1010.314(c) made it an offense to structure or assist in structuring, or attempt to structure or assist in structuring, any transaction with one or more domestic financial institutions.

ETS 2010R01060

8.    31 U.S.C. § 5324(a)(1) and 31 C.F.R. § 1010.314(a) made it an offense to cause or attempt to cause a domestic financial institution to fail to file a report required under 31 U.S.C. § 5313.

9.    31 C.F.R. § 103.11(gg) (recodified as 31 C.F.R. § 1010.100(xx)) defined "structuring" to include conducting one or more transactions in currency, in any amount, at one or more financial institutions, on one or more days, in any manner, for the purpose of evading the reporting requirements under § 103.22 (§ 1010.311). The regulation applied to a person "acting alone, or in conjunction with or on behalf of other persons," and defined "in any manner" to include the breaking down of a single sum of currency exceeding $10,000 into smaller sums, as well as conducting a series of currency transactions, including transactions "at or below $10,000." Finally, the regulation provided that "The transaction or transactions need not exceed the $10,000 reporting threshold at any single financial institution on any single day in order to constitute structuring."

10.    On the dates set forth in Schedule A, which is incorporated herein, **JOHN B. ESNAASHARI** deposited, or caused a third party to deposit, U.S. currency into **CAR CITY, INC.'s** accounts at Bank of America, N.A. and M&T Bank, **M.G.M. MANAGEMENT, INC.'s** account at Bank of America, N.A., and **JOHN B. ESNAASHARI's** accounts at Point Breeze Credit Union and M&T Bank in the amounts set forth in Schedule A

## THE CHARGE

### (Structuring Currency Deposits)

11.    Between January 2, 2009 and October 22, 2010, in the District of Maryland, the defendants

### JOHN B. ESNAASHARI

ETS 2010R01060

## CAR CITY, INC. AND

## M.G.M. MANAGEMENT, INC.

knowingly structured currency transactions with one or more domestic financial institutions for the purpose of evading the reporting requirements of section 5313 of Title 31, United States Code, and the regulations promulgated thereunder, and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

## SCHEDULE A

| DEPOSIT DATE | BANK | ACCOUNT | BRANCH | CASH DEPOSIT |
|---|---|---|---|---|
| Friday, January 02, 2009 | BOA | ******8888 | Padonia | $ 8,440.00 |
| Friday, January 02, 2009 | M&T | ******7300 | Unknown | 8,620.00 |
| Friday, January 16, 2009 | BOA | ******8888 | Hunt Valley | 8,030.00 |
| Friday, January 23, 2009 | BOA | ******8888 | Parkville | 8,459.00 |
| Monday, January 26, 2009 | BOA | ******8888 | Hunt Valley | 9,660.00 |
| Monday, January 26, 2009 | M&T | ******7300 | Parkville | 9,240.00 |
| Wednesday, January 28, 2009 | BOA | ******8888 | Padonia | 8,860.00 |
| Saturday, January 31, 2009 | BOA | ******8888 | Padonia | 2,700.00 |
| Monday, February 02, 2009 | BOA | ********5708 | Padonia | 3,000.00 |
| Thursday, February 05, 2009 | BOA | ******8888 | Padonia | 9,847.00 |
| Wednesday, February 11, 2009 | BOA | ******8888 | Parkville | 9,670.00 |
| Tuesday, February 17, 2009 | BOA | ******8888 | Padonia | 3,509.00 |
| Wednesday, February 18, 2009 | BOA | ******8888 | Padonia | 9,480.00 |
| Friday, February 20, 2009 | BOA | ******8888 | Parkville | 8,740.00 |
| Friday, February 27, 2009 | BOA | ******8888 | Hunt Valley | 9,670.00 |
| Monday, March 02, 2009 | BOA | ******8888 | Hunt Valley | 9,970.00 |
| Tuesday, March 03, 2009 | BOA | ********5708 | Padonia | 3,000.00 |
| Tuesday, March 03, 2009 | BOA | ******8888 | Padonia | 5,240.00 |
| Wednesday, March 11, 2009 | BOA | ******8888 | Hunt Valley | 9,220.00 |
| Monday, March 16, 2009 | BOA | ******8888 | Parkville | 6,980.00 |
| Monday, March 23, 2009 | BOA | ******8888 | Parkville | 9,416.00 |
| Thursday, March 26, 2009 | BOA | ******8888 | Parkville | 9,980.00 |
| Friday, March 27, 2009 | BOA | ******8888 | Hunt Valley | 2,960.00 |
| Friday, March 27, 2009 | BOA | ******8888 | Padonia | 9,321.00 |
| Friday, March 27, 2009 | BOA | ********5708 | Hunt Valley | 6,000.00 |
| Tuesday, March 31, 2009 | BOA | ******8888 | Hunt Valley | 9,114.00 |

ETS 2010R01060

| | | | | |
|---|---|---|---|---|
| Friday, April 03, 2009 | BOA | ******8888 | Padonia | 8,550.00 |
| Wednesday, April 08, 2009 | BOA | ******8888 | Parkville | 9,772.00 |
| Thursday, April 16, 2009 | BOA | ******8888 | Parkville | 9,500.00 |
| Friday, April 17, 2009 | BOA | ******8888 | Padonia | 9,035.00 |
| Thursday, April 23, 2009 | BOA | ******8888 | Padonia | 9,625.00 |
| Tuesday, April 28, 2009 | BOA | ******8888 | Hunt Valley | 9,256.00 |
| Tuesday, May 05, 2009 | BOA | ******8888 | Hunt Valley | 9,262.00 |
| Tuesday, May 12, 2009 | BOA | ******8888 | Hunt Valley | 9,900.00 |
| Tuesday, May 19, 2009 | BOA | ******8888 | Hunt Valley | 9,680.00 |
| Wednesday, May 20, 2009 | BOA | ******8888 | Padonia | 9,850.00 |
| Thursday, May 28, 2009 | BOA | ******8888 | Padonia | 9,269.00 |
| Friday, May 29, 2009 | M&T | ******6692 | Unknown | 2,740.00 |
| Friday, May 29, 2009 | BOA | ******8888 | Padonia | 8,000.00 |
| Friday, May 29, 2009 | BOA | ********5708 | Padonia | 1,900.00 |
| Thursday, June 04, 2009 | BOA | ******8888 | Padonia | 7,425.00 |
| Thursday, June 04, 2009 | BOA | ******8888 | Hunt Valley | 9,960.00 |
| Tuesday, June 09, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Friday, June 12, 2009 | BOA | ******8888 | Padonia | 7,106.00 |
| Thursday, June 18, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Thursday, June 25, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Friday, June 26, 2009 | BOA | ******8888 | Hunt Valley | 6,478.00 |
| Saturday, June 29, 2019 | BOA | ********5708 | Padonia | 4,400.00 |
| Tuesday, June 30, 2009 | M&T | ******6692 | Unknown | 7,360.00 |
| Friday, July 03, 2009 | BOA | ******8888 | Padonia | 8,875.00 |
| Thursday, July 09, 2009 | BOA | ******8888 | Padonia | 9,965.00 |
| Wednesday, July 15, 2009 | BOA | ******8888 | Padonia | 9,995.00 |
| Thursday, July 16, 2009 | BOA | ******8888 | Padonia | 8,930.00 |
| Wednesday, July 22, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Thursday, July 30, 2009 | M&T | ******6692 | Unknown | 7,153.00 |
| Friday, July 31, 2009 | BOA | ******8888 | Padonia | 8,623.00 |
| Saturday, August 08, 2009 | BOA | ******8888 | Padonia | 8,934.00 |
| Wednesday, August 12, 2009 | BOA | ******8888 | Padonia | 9,594.00 |
| Wednesday, August 12, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Thursday, August 13, 2009 | BOA | ******8888 | Parkville | 6,865.00 |
| Monday, August 17, 2009 | BOA | ******8888 | Parkville | 5,120.00 |
| Monday, August 17, 2009 | BOA | ******8888 | Parkville | 4,091.00 |
| Wednesday, August 19, 2009 | BOA | ******8888 | Parkville | 4,966.00 |
| Thursday, August 20, 2009 | BOA | ******8888 | Parkville | 2,609.00 |
| Thursday, August 20, 2009 | BOA | ******8888 | Parkville | 2,600.00 |
| Friday, August 28, 2009 | M&T | ******6692 | Unknown | 9,000.00 |

ETS 2010R01060

| Wednesday, September 02, 2009 | BOA | ******8888 | Gardenville | 9,905.00 |
|---|---|---|---|---|
| Tuesday, September 08, 2009 | BOA | ******8888 | Parkville | 8,190.00 |
| Wednesday, September 09, 2009 | BOA | ******8888 | Padonia | 9,660.00 |
| Friday, September 11, 2009 | M&T | ******6692 | Unknown | 6,150.00 |
| Friday, September 18, 2009 | BOA | ******8888 | Gardenville | 9,780.00 |
| Wednesday, September 23, 2009 | BOA | ******8888 | Hunt Valley | 9,960.00 |
| Tuesday, September 29, 2009 | BOA | ******8888 | Padonia | 9,960.00 |
| Friday, October 02, 2009 | BOA | ******8888 | Padonia | 7,920.00 |
| Friday, October 02, 2009 | BOA | ********5708 | Padonia | 1,000.00 |
| Tuesday, October 06, 2009 | BOA | ******8888 | Hunt Valley | 9,980.00 |
| Thursday, October 08, 2009 | BOA | ******8888 | Padonia | 9,900.00 |
| Friday, October 09, 2009 | BOA | ******8888 | Parkville | 5,400.00 |
| Monday, October 12, 2009 | BOA | ******8888 | Padonia | 9,740.00 |
| Tuesday, October 13, 2009 | BOA | ******8888 | Hunt Valley | 9,508.00 |
| Monday, October 19, 2009 | BOA | ******8888 | Parkville | 9,660.00 |
| Saturday, October 24, 2009 | BOA | ******8888 | Hunt Valley | 8,310.00 |
| Saturday, October 24, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Thursday, October 29, 2009 | BOA | ********5708 | Hunt Valley | 4,000.00 |
| Friday, October 30, 2009 | M&T | ******6692 | Unknown | 5,240.00 |
| Tuesday, November 03, 2009 | BOA | ******8888 | Padonia | 8,650.00 |
| Friday, November 06, 2009 | BOA | ******8888 | Padonia | 9,960.00 |
| Thursday, November 12, 2009 | BOA | ******8888 | Hunt Valley | 8,130.00 |
| Wednesday, November 18, 2009 | BOA | ******8888 | Padonia | 9,920.00 |
| Wednesday, November 25, 2009 | BOA | ******8888 | Padonia | 8,570.00 |
| Wednesday, November 25, 2009 | BOA | ******8888 | Hunt Valley | 9,970.00 |
| Friday, November 27, 2009 | BOA | ********5708 | Padonia | 2,548.00 |
| Monday, November 30, 2009 | M&T | ******6692 | Unknown | 3,246.00 |
| Monday, November 30, 2009 | M&T | ******6692 | Unknown | 4,000.00 |
| Thursday, December 03, 2009 | BOA | ******8888 | Hunt Valley | 3,271.00 |
| Thursday, December 03, 2009 | BOA | ******8888 | Padonia | 9,980.00 |
| Tuesday, December 08, 2009 | BOA | ******8888 | Padonia | 4,100.00 |
| Monday, December 14, 2009 | BOA | ******8888 | Gardenville | 9,980.00 |
| Friday, December 18, 2009 | BOA | ******8888 | Hunt Valley | 8,254.00 |
| Friday, December 18, 2009 | BOA | ******8888 | Padonia | 5,319.00 |
| Thursday, December 24, 2009 | BOA | ******8888 | Padonia | 9,906.00 |
| Monday, December 28, 2009 | BOA | ********5708 | Hunt Valley | 2,533.00 |
| | | | | |
| | | | | $ 787,994.00 |
| | | | | |
| Saturday, January 02, 2010 | BOA | ******8888 | Padonia | $ 9,652.00 |

ETS 2010R01060

| | | | | |
|---|---|---|---|---|
| Friday, January 08, 2010 | BOA | ******8888 | Parkville | 9,980.00 |
| Friday, January 08, 2010 | BOA | ******8888 | Padonia | 6,305.00 |
| Friday, January 15, 2010 | BOA | ******8888 | Hunt Valley | 9,940.00 |
| Tuesday, January 19, 2010 | BOA | ******8888 | Parkville | 6,624.00 |
| Wednesday, January 20, 2010 | BOA | ******8888 | Gardenville | 9,870.00 |
| Friday, January 22, 2010 | BOA | ********5708 | Gardenville | 8,953.00 |
| Wednesday, January 27, 2010 | BOA | ******8888 | Padonia | 9,435.00 |
| Monday, February 01, 2010 | BOA | ******8888 | Padonia | 9,776.00 |
| Thursday, February 04, 2010 | BOA | ******8888 | Parkville | 9,960.00 |
| Thursday, February 04, 2010 | BOA | ******8888 | Padonia | 7,041.00 |
| Tuesday, February 16, 2010 | BOA | ******8888 | Parkville | 3,200.00 |
| Tuesday, February 16, 2010 | BOA | ******8888 | Parkville | 6,000.00 |
| Wednesday, February 17, 2010 | BOA | ******8888 | Parkville | 4,500.00 |
| Thursday, February 18, 2010 | BOA | ******8888 | Parkville | 3,400.00 |
| Monday, February 22, 2010 | BOA | ******8888 | Parkville | 7,000.00 |
| Tuesday, February 23, 2010 | BOA | ******8888 | Padonia | 9,980.00 |
| Friday, February 26, 2010 | BOA | ********5708 | Padonia | 5,175.00 |
| Tuesday, March 09, 2010 | BOA | ******8888 | Parkville | 2,005.00 |
| Friday, March 26, 2010 | BOA | ******8888 | Padonia | 4,000.00 |
| Wednesday, March 31, 2010 | M&T | ******6692 | Unknown | 3,000.00 |
| Thursday, April 01, 2010 | PBCU | ******0280-2 | Hunt Valley | 2,150.00 |
| Thursday, April 01, 2010 | PBCU | ******0280-2 | Hunt Valley | 3,085.00 |
| Tuesday, April 06, 2010 | PBCU | ******0280-2 | Hunt Valley | 6,990.00 |
| Thursday, April 08, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,775.00 |
| Friday, April 16, 2010 | BOA | ******8888 | Padonia | 152.00 |
| Thursday, April 22, 2010 | BOA | ******8888 | Padonia | 3,527.00 |
| Friday, April 23, 2010 | BOA | ******8888 | Padonia | 3,469.08 |
| Tuesday, April 27, 2010 | M&T | ******6692 | Unknown | 1,600.00 |
| Tuesday, April 27, 2010 | BOA | ******8888 | Padonia | 4,306.00 |
| Thursday, April 29, 2010 | BOA | ******8888 | Padonia | 113.41 |
| Saturday, May 01, 2010 | BOA | ******8888 | Padonia | 9,907.00 |
| Monday, May 03, 2010 | BOA | ******8888 | Padonia | 2,174.00 |
| Wednesday, May 12, 2010 | BOA | ******8888 | Padonia | 4,400.00 |
| Tuesday, May 18, 2010 | BOA | ******8888 | Padonia | 7,600.00 |
| Friday, May 21, 2010 | BOA | ******8888 | Padonia | 9,439.00 |
| Thursday, May 27, 2010 | BOA | ******8888 | Padonia | 7,980.00 |
| Friday, May 28, 2010 | M&T | ******6692 | Unknown | 6,800.00 |
| Friday, May 28, 2010 | M&T | ******6692 | Unknown | 578.00 |
| Friday, May 28, 2010 | BOA | ********5708 | Padonia | 5,875.00 |
| Friday, June 04, 2010 | BOA | ******8888 | Padonia | 5,094.00 |
| Friday, June 11, 2010 | BOA | ******8888 | Padonia | 8,954.00 |

ETS 2010R01060

| Friday, June 11, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,260.00 |
|---|---|---|---|---|
| Thursday, June 17, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,500.00 |
| Thursday, June 17, 2010 | BOA | ******8888 | Padonia | 9,688.00 |
| Friday, June 18, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,500.00 |
| Wednesday, June 23, 2010 | PBCU | ******0280-2 | Hunt Valley | 5,000.00 |
| Thursday, June 24, 2010 | BOA | ******8888 | Hunt Valley | 8,874.00 |
| Monday, June 28, 2010 | M&T | ******6692 | Unknown | 3,980.00 |
| Monday, June 28, 2010 | BOA | ********5708 | Padonia | 2,011.00 |
| Friday, July 09, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,980.00 |
| Friday, July 09, 2010 | BOA | ******8888 | Padonia | 7,164.10 |
| Wednesday, July 21, 2010 | BOA | ******8888 | Padonia | 9,601.00 |
| Tuesday, July 27, 2010 | BOA | ********5708 | Padonia | 6,874.11 |
| Wednesday, July 28, 2010 | M&T | ******6692 | Unknown | 6,000.00 |
| Thursday, August 05, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,000.00 |
| Thursday, August 12, 2010 | BOA | ******8888 | Padonia | 8,995.00 |
| Tuesday, August 17, 2010 | BOA | ******8888 | Padonia | 9,980.00 |
| Thursday, August 19, 2010 | BOA | ******8888 | Padonia | 8,792.00 |
| Friday, August 20, 2010 | BOA | ******8888 | Padonia | 9,950.00 |
| Friday, August 20, 2010 | BOA | ******8888 | Hunt Valley | 9,950.00 |
| Tuesday, August 24, 2010 | BOA | ******8888 | Unknown | 9,959.00 |
| Saturday, August 28, 2010 | M&T | ******6692 | Unknown | 9,000.00 |
| Monday, August 30, 2010 | M&T | ******6692 | Unknown | 3,000.00 |
| Wednesday, September 01, 2010 | BOA | ******8888 | Hunt Valley | 9,560.00 |
| Wednesday, September 01, 2010 | BOA | ******8888 | Padonia | 4,206.00 |
| Monday, September 13, 2010 | BOA | ******8888 | Padonia | 9,666.00 |
| Friday, September 17, 2010 | BOA | ******8888 | Padonia | 9,980.00 |
| Friday, September 24, 2010 | M&T | ******6692 | Unknown | 5,000.00 |
| Friday, September 24, 2010 | BOA | ******8888 | Padonia | 7,620.00 |
| Friday, September 24, 2010 | BOA | ********5708 | Padonia | 1,820.00 |
| Thursday, September 30, 2010 | PBCU | ******0280-2 | Hunt Valley | 9,900.00 |
| Monday, October 04, 2010 | M&T | ******6692 | Unknown | 1,500.00 |
| Thursday, October 07, 2010 | BOA | ******8888 | Hunt Valley | 9,980.00 |
| Thursday, October 07, 2010 | BOA | ******8888 | Padonia | 9,348.00 |
| Thursday, October 14, 2010 | M&T | ******6692 | Unknown | 3,000.00 |
| Thursday, October 14, 2010 | BOA | ******8888 | Padonia | 4,666.00 |
| Friday, October 15, 2010 | BOA | ******8888 | Padonia | 9,920.00 |
| Friday, October 22, 2010 | BOA | ******8888 | Padonia | 1,244.55 |
| Friday, October 22, 2010 | BOA | ******8888 | Padonia | 500.00 |
| Friday, October 22, 2010 | BOA | ********5708 | Padonia | 3,000.00 |
| Monday, October 25, 2010 | M&T | ******6692 | Unknown | 3,300.00 |
| Tuesday, October 26, 2010 | BOA | ******8888 | Padonia | 2,085.00 |

ETS 2010R01060

| | | | | | |
|---|---|---|---|---|---:|
| Wednesday, October 27, 2010 | BOA | ******8888 | Parkville | | 1,713.00 |
| Thursday, October 28, 2010 | BOA | ******8888 | Parkville | | 1,850.00 |
| Friday, October 29, 2010 | BOA | ******8888 | Parkville | | 2,750.00 |
| Monday, November 01, 2010 | BOA | ******8888 | Parkville | | 2,100.00 |
| Monday, November 01, 2010 | BOA | ******8888 | Parkville | | 3,000.00 |
| Tuesday, November 02, 2010 | BOA | ******8888 | Parkville | | 1,500.00 |
| Wednesday, November 03, 2010 | BOA | ******8888 | Parkville | | 3,000.00 |
| Thursday, November 04, 2010 | BOA | ******8888 | Gardenville | | 3,000.00 |
| Friday, November 05, 2010 | BOA | ******8888 | Gardenville | | 3,000.00 |
| Monday, November 08, 2010 | BOA | ******8888 | Parkville | | 2,000.00 |
| Wednesday, November 10, 2010 | BOA | ******8888 | Parkville | | 5,097.00 |
| Monday, November 15, 2010 | M&T | ******6692 | Unknown | | 5,000.00 |
| Friday, November 26, 2010 | BOA | ********5708 | Padonia | | 2,913.02 |
| Friday, November 26, 2010 | M&T | ******6692 | Unknown | | 4,800.00 |
| Tuesday, December 07, 2010 | M&T | ******6692 | Unknown | | 3,400.00 |
| Wednesday, December 22, 2010 | M&T | ******6692 | Unknown | | 2,000.00 |
| Wednesday, December 22, 2010 | BOA | ******8888 | Padonia | | 1,080.00 |
| Thursday, December 30, 2010 | M&T | ******6692 | Unknown | | 1,000.00 |
| Thursday, December 30, 2010 | BOA | ******8888 | Padonia | | 5,000.00 |
| Thursday, December 30, 2010 | BOA | ********5708 | Padonia | | 2,000.00 |
| | | | | | |
| | | | | $ | 588,321.27 |
| | | | | | |
| | | | | $ | 1,376,315.27 |

31 U.S.C. § 5324(a)(3)

## COUNTS 2-8
### (Attempting to Cause a Financial Institution to Fail to File)

The Grand Jury for the District of Maryland further charges that:

12.     The allegations set forth in paragraphs 1 through 10 of Count One of the

Superseding Indictment are hereby realleged and incorporated by reference here.

### THE CHARGES

13.     On the following dates, in the District of Maryland, the defendants

### JOHN B. ESNAASHARI AND

### CAR CITY, INC.

ETS 2010R01060

conducted multiple currency transactions on the same day at the same bank, by making multiple

currency deposits into Bank of America account no. ********8888, each in an amount under

$10,000, for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a) and the

regulations prescribed thereunder, and in so doing did cause and attempt to cause a domestic

financial institution to fail to file a report required under 31 U.S.C. § 5313(a) and the regulations

prescribed thereunder, and did so as part of a pattern of illegal activity involving more than

$100,000 in a 12-month period.

| COUNT | DATE | BANK | ACCT | TIME | BRANCH | CASH DEPOSIT |
|-------|------|------|------|------|--------|--------------|
| 2 | Thursday, June 04, 2009 | BOA | ******8888 | 2:17 pm | Padonia | 7,425.00 |
|   | Thursday, June 04, 2009 | BOA | ******8888 | 3:24 pm | Hunt Valley | 9,960.00 |
| 3 | Wednesday, November 25, 2009 | BOA | ******8888 | 12:09 pm | Padonia | 8,570.00 |
|   | Wednesday, November 25, 2009 | BOA | ******8888 | 12:29 pm | Hunt Valley | 9,970.00 |
| 4 | Thursday, December 3, 2009 | BOA | ******8888 | 2:26 pm | Hunt Valley | 3,271.00 |
|   | Thursday, December 3, 2009 | BOA | ******8888 | 2:10 pm | Padonia | 9,980.00 |
| 5 | Friday, December 18, 2009 | BOA | ******8888 | 2:17 pm | Hunt Valley | 8,254.00 |
|   | Friday, December 18, 2009 | BOA | ******8888 | 1:57 pm | Padonia | 5,319.00 |
| 6 | Friday, January 08, 2010 | BOA | ******8888 | 3:17 pm | Parkville | 9,980.00 |
|   | Friday, January 08, 2010 | BOA | ******8888 | 3:57 pm | Padonia | 6,305.00 |
| 7 | Thursday, February 04, 2010 | BOA | ******8888 | 10:18 pm | Parkville | 9,960.00 |
|   | Thursday, February 04, 2010 | BOA | ******8888 | 11:01 pm | Padonia | 7,041.00 |
| 8 | Thursday, October 07, 2010 | BOA | ******8888 | 9:42 am | Hunt Valley | 9,980.00 |
|   | Thursday, October 07, 2010 | BOA | ******8888 | 10:04 am | Padonia | 9,348.00 |

31 U.S.C. § 5324(a)(1)

## COUNTS 9-11
### (Structuring Currency Deposits)

The Grand Jury for the District of Maryland further charges that:

14.     The allegations set forth in paragraphs 1 through 10 of Count One of the

Superseding Indictment are hereby realleged and incorporated by reference here.

## THE CHARGES

ETS 2010R01060

15.    On the following dates, in the District of Maryland, the defendants

## JOHN B. ESNAASHARI AND

## CAR CITY, INC

knowingly structured currency transactions with domestic financial institutions for the purpose

of evading the reporting requirements of section 5313 of Title 31, United States Code, and the

regulations promulgated thereunder,  by making multiple currency deposits in amounts under

$10,000 at a different bank on the same day.

| COUNT | DATE | BANK | ACCT | TIME | BRANCH | DEPOSIT |
|-------|------|------|------|------|--------|---------|
| 9 | Friday, June 11, 2010 | BOA | ******8888 | 2:06 pm | Padonia | 8,954.00 |
|  | Friday, June 11, 2010 | PBCU | ******0280-2 | 2:35 pm | Hunt Valley | 9,260.00 |
| 10 | Thursday, June 17, 2010 | PBCU | ******0280-2 | 12:58 pm | Hunt Valley | 9,500.00 |
|  | Thursday, June 17, 2010 | BOA | ******8888 | Unknown | Padonia | 9,688.00 |
| 11 | Friday, July 09, 2010 | PBCU | ******0280-2 | 2:58 pm | Hunt Valley | 9,980.00 |
|  | Friday, July 09, 2010 | BOA | ******8888 | unknown | Padonia | 7,164.10 |

31 U.S.C. § 5324(a)(3)

## COUNT 12
### (Making and Subscribing a False Tax Return)

The Grand Jury for the District of Maryland further charges that:

16.    The allegations set forth in paragraphs 1 through 10 of Counts One of the

Superseding Indictment are hereby realleged and incorporated by reference here.

## THE CHARGE

17.    On or about March 14, 2008, in the District of Maryland, the defendant,

## JOHN B. ESNAASHARI

did willfully make and subscribe a U.S. Corporation Income Tax Return, IRS Form 1120 for

Phoenix Sedan, Inc. for the year 2007, which was verified by a written declaration that it was

made under the penalties of perjury and which **ESNAASHARI** did not believe to be true and

correct as to every material matter. Line 1 of that 2007 U.S. Corporation Income Tax Return,

ETS 2010R01060

IRS Form 1120, which was prepared and signed in the District of Maryland and filed with the Internal Revenue Service, represented that Phoenix Sedan, Inc.'s total gross receipts or sales was $55,200, whereas, as **ESNAASHARI** then and there knew that Phoenix Sedan, Inc.'s total gross receipts or sales were substantially in excess of that amount.

26 U.S.C. § 7206(1)

## COUNT 13
### (Making and Subscribing a False Tax Return)

The Grand Jury for the District of Maryland further charges that:

18.     The allegations set forth in paragraphs 1 through 10 of Counts One of the Superseding Indictment are hereby realleged and incorporated by reference here.

## THE CHARGE

19.     On or about March 9, 2009, in the District of Maryland, the defendant,

### JOHN B. ESNAASHARI

did willfully make and subscribe a U.S. Corporation Income Tax Return, IRS Form 1120 for Riders Inc. for the year 2008, which was verified by a written declaration that it was made under the penalties of perjury and which **ESNAASHARI** did not believe to be true and correct as to every material matter. Line 1 of that 2008 U.S. Corporation Income Tax Return, IRS Form 1120, which was prepared and signed in the District of Maryland and filed with the Internal Revenue Service, represented that Riders Inc.'s total gross receipts or sales was $67,920, whereas, as **ESNAASHARI** then and there knew that Riders Inc.'s total gross receipts or sales were substantially in excess of that amount.

26 U.S.C. § 7206(1)

ETS 2010R01060

## COUNT 14
### (Making and Subscribing a False Tax Return)

The Grand Jury for the District of Maryland further charges that:

20.    The allegations set forth in paragraphs 1 through 10 of Counts One of the Superseding Indictment are hereby realleged and incorporated by reference here.

### THE CHARGE

21.    On or about March 2, 2010, in the District of Maryland, the defendant,

### JOHN B. ESNAASHARI

did willfully make and subscribe a U.S. Corporation Income Tax Return, IRS Form 1120 for Maryland Transport, Inc. for the year 2009, which was verified by a written declaration that it was made under the penalties of perjury and which **ESNAASHARI** did not believe to be true and correct as to every material matter. Line 1 of that 2009 U.S. Corporation Income Tax Return, IRS Form 1120, which was prepared and signed in the District of Maryland and filed with the Internal Revenue Service, represented that Maryland Transport, Inc.'s total gross receipts or sales was $72,540, whereas, as **ESNAASHARI** then and there knew that Maryland Transport, Inc.'s total gross receipts or sales were substantially in excess of that amount.

26 U.S.C. § 7206(1)

### FORFEITURE

1.    Upon the conviction of any defendant for any of the offenses alleged in Count 1 through 11 of this Superseding Indictment, the following property shall be forfeited to the United States pursuant to Title 31, United States Code, Section 5317(c)(1) and Title 28, United States Code, Section 2461(c): all property, real and personal, involved in the offense, and any property traceable thereto.

13

ETS 2010R01060

2.      The property subject to forfeiture includes but is not limited to a sum of money in the amount of at least **$1,376,315.27.**

3.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

31 U.S.C. § 5317(c)(1); 28 U.S.C. § 2461(c); FED. R. CRIMINAL. P. 32.2(a),

Rod J. Rosenstein / ETS
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

3/5/2014
Date

SIGNATURE REDACTED

Foreperson